Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 15672
H&P LAW
710 S 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
bbrooks@courtroomproven.com
Attorneys for Plaintiff,
*Kaleab Mekuriya*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **Kaleab Mekuriya**,<br><br>          Plaintiff,<br><br>vs.<br><br>**The Travelers Indemnity Company; Indian Harbor Insurance Company**, a Foreign Corporation; **Constitution State Services, LLC**, a Foreign Limited-Liability Company; Does 1 through 10, inclusive and Roe Corporations 1 through 10, inclusive,<br><br>          Defendants. | Case No.: 2:22-cv-00214-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br>**(SECOND REQUEST)** |

   Pursuant to Fed R. Civ. P. 6, Fed. R. Civ. P. 26, LR IA 6-1, LR IA 6-2, LR 7-1, and LR 26-4, the parties, by and through their respective counsel of record, stipulate and agree that there is good cause to extend the discovery deadlines in the operative discovery plan [ECF No.27], as set forth below.

**A. Pursuant to LR 26-4(a), the parties stipulate that the following discovery was completed:**

1. The parties have served initial and supplemental disclosures pursuant to FRCP 26(a)(1);
2. Plaintiff has propounded written discovery on Defendants;
3. Defendants have propounded written discovery on Plaintiff;
4. Defendants have answered written discovery requests;
5. Plaintiff has answered written Discovery requests.

**B. Pursuant to LR 26-4(b), the parties stipulate that they need to complete the following discovery:**

1. Deposition of Plaintiff.
2. Deposition of Defendants.
3. Deposition of percipient witnesses.
4. Initial and Rebuttal Expert Disclosures.
5. Deposition of Defendant's FRCP 30(b)(6) witnesses and/or employees.
6. Depositions of Plaintiff's medical providers.
7. Depositions of each party's respective experts;
8. Additional Written Discovery; and
9. Any other discovery that may become necessary upon completion of the discovery above.

**C. Pursuant to LR 26-4(c), the parties stipulate an extension is needed for the following reasons:**

The parties have been diligent in conducting discovery thus far. Specifically, the parties have served written discovery and are in the process of getting depositions set. Plaintiff would like to take the FRCP 30(b)(6) depositions of Defendants in

advance of the initial expert disclosure deadline. Based on the current deadlines and Plaintiff's firm's trial calendar, this will be impossible with the current deadlines. Additionally, the parties have also been discussing potential settlement and remain hopeful that this case can potentially resolve. For these reasons, there is good cause to extend the discovery deadlines sixty (60) days.

**D. Pursuant to LR 26-4(d), the parties stipulate to the following proposed schedule for completing all remaining discovery:**

The parties agree to extend all the discovery deadlines in this case by ninety (90) days, as set forth below:

1. Extend the discovery cut-off deadline from 12/27/22 to 2/27/23;
2. Extend the deadline to amend the pleadings and add parties from 9/26/22 to 12/27/22;
3. Extend the date for initial expert disclosures from 9/26/22 to 12/27/22;
4. Extend the date to disclose rebuttal expert witnesses from 10/24/22 to 1/26/23;
5. Extend the date to file dispositive motions from 1/28/23 to 3/29/23; and
6. Extend the date to file the Joint Pre-Trial Order from 2/28/23 to 4/29/23. If dispositive motions are filed, the joint pretrial order is due thirty (30) days from the entry of the court's ruling on the motions.

7. Fed. R. Civ. P. 26(a)(3) Disclosures must be included in the Joint Pre-Trial Order.

| | |
|---|---|
| DATED this 14th day of September 2022 | DATED this 14th day of September 2022 |
| H&P LAW | CLYDE & CO US LLP |
| /s/ Bre'Ahn Brooks | /s/ Dylan Todd |
| _____ | _____ |
| MARJORIE HAUF, ESQ.<br>Nevada Bar No. 8111<br>BRE'AHN BROOKS, ESQ.<br>Nevada Bar No. 15672<br>710 S. 9TH Street<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff* | DYLAN TODD, ESQ.<br>Nevada Bar No.: 10456<br>7251 W. Lake Mead Blvd., Suite 430<br>Las Vegas NV 89128<br>*Attorney for Defendants* |

DATED this 14th day of September 2022

SELMAN BREITMAN LLP

/s/ Erich Storm
_____
ERICH STORM, ESQ.
Nevada Bar No.: 4480
3993 Howard Hughes Parkway,
Suite 200 Las Vegas, NV 89169
*Attorney for Defendants*

## Order

IT IS HEREBY ORDERED.

Dated this 14th day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE