Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 15672
H&P LAW
710 S 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
bbrooks@courtroomproven.com
Attorneys for Plaintiff,
*Kaleab Mekuriya*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **Kaleab Mekuriya**,<br><br>　　Plaintiff,<br><br>vs.<br><br>**The Travelers Indemnity Company; Indian Harbor Insurance Company**, a Foreign Corporation; **Constitution State Services, LLC**, a Foreign Limited-Liability Company; Does 1 through 10, inclusive and Roe Corporations 1 through 10, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 2:22-cv-00214-JCM-EJY<br><br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br>**(THIRD REQUEST)** |

　　　Pursuant to Fed R. Civ. P. 6, Fed. R. Civ. P. 26, LR IA 6-1, LR IA 6-2, LR 7-1, and LR 26-4, the parties, by and through their respective counsel of record, stipulate and agree that there is good cause to extend the discovery deadlines in the operative discovery plan [ECF No.27], as set forth below.

**A. Pursuant to LR 26-4(a), the parties stipulate that the following discovery was completed:**

1. The parties have served initial and supplemental disclosures pursuant to FRCP 26(a)(1);
2. Plaintiff has propounded written discovery on Defendants;
3. Defendants have propounded written discovery on Plaintiff;
4. Defendants have answered written discovery requests;
5. Plaintiff has answered written Discovery requests.

**B. Pursuant to LR 26-4(b), the parties stipulate that they need to complete the following discovery:**

1. Deposition of Plaintiff.
2. Deposition of Defendants.
3. Deposition of percipient witnesses.
4. Initial and Rebuttal Expert Disclosures.
5. Deposition of Defendant's FRCP 30(b)(6) witnesses and/or employees.
6. Depositions of Plaintiff's medical providers.
7. Depositions of each party's respective experts;
8. Additional Written Discovery; and
9. Any other discovery that may become necessary upon completion of the discovery above.

**C. Pursuant to LR 26-4(c), the parties stipulate an extension is needed for the following reasons:**

The parties have been diligent in conducting discovery thus far. Specifically, the parties have served written discovery and are in the process of getting depositions set. Plaintiff would like to take the FRCP 30(b)(6) depositions of Defendants in

advance of the initial expert disclosure deadline. Due to the upcoming holidays and the parties respective schedules, the parties now need additional time to conduct the depositions in advance of the deadline to disclose experts. Additionally, the parties have also been discussing potential settlement and remain hopeful that this case can potentially resolve. For these reasons, there is good cause to extend the discovery deadlines ninety (90) days.

**D. Pursuant to LR 26-4(d), the parties stipulate to the following proposed schedule for completing all remaining discovery:**

The parties agree to extend all the discovery deadlines in this case by ninety (90) days, as set forth below:

1. Extend the discovery cut-off deadline from 2/27/23; to 5/30/23;
2. Extend the deadline to amend the pleadings and add parties from 12/27/22 to 3/27/23;
3. Extend the date for initial expert disclosures from 12/27/22 to 3/27/23;
4. Extend the date to disclose rebuttal expert witnesses from 1/26/23 to 4/26/23;
5. Extend the date to file dispositive motions from 3/29/23 to 6/27/23; and
6. Extend the date to file the Joint Pre-Trial Order from 4/29/23 to 7/28/23.  If dispositive motions are filed, the joint pretrial order is due thirty (30) days from the entry of the court's ruling on the motions.

STIPULATION AND ORDER TO EXTEND DISCOVERY

7. Fed. R. Civ. P. 26(a)(3) Disclosures must be included in the Joint Pre-Trial Order.

DATED this 5th day of December 2022

H&P LAW

/s/ Bre'Ahn Brooks
_____
MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
BRE'AHN BROOKS, ESQ.
Nevada Bar No. 15672
710 S 9th Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

DATED this 5th day of December 2022

SELMAN BREITMAN LLP

/s/ Eric O. Freeman
_____
ERIC O. FREEMAN, ESQ.
Nevada Bar No.: 6648
3993 Howard Hughes Parkway,
Suite 200 Las Vegas, NV 89169
*Attorney for Defendants The Travelers Indemnity Company and Constitution State Services, LLC*

DATED this 5th day of December 2022

CLYDE & CO US LLP

/s/ Dylan Todd
_____
DYLAN TODD, ESQ.
Nevada Bar No.: 10456
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128
*Attorney for Defendants Indian Harbor Insurance Company*

**Order**

IT IS HEREBY ORDERED.

Dated this 5th day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE