Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 15672
H&P LAW
710 S 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
bbrooks@courtroomproven.com
Attorneys for Plaintiff,
*Kaleab Mekuriya*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| **Kaleab Mekuriya**, <br><br>　　Plaintiff, <br><br>vs. <br><br>**The Travelers Indemnity Company; Indian Harbor Insurance Company**, a Foreign Corporation; **Constitution State Services, LLC**, a Foreign Limited-Liability Company; Does 1 through 10, inclusive and Roe Corporations 1 through 10, inclusive, <br><br>　　Defendants. | Case No.: 2:22-cv-00214-JCM-EJY <br><br> **Stipulation and Order for Dismissal** |

　　IT IS HEREBY STIPULATED by and between Plaintiff, Kaleab Mekuriya, by and through his counsel of record at the law firm of H&P LAW, and Defendant Indian Harbor Insurance Company, by and through its counsel at the law firm of CLYDE & CO US LLP, and Defendants The Travelers Indemnity Company and Constitution State Services, LLC, by and through their counsel at the law firm of SELMAN BREITMAN LLP, that the Complaint filed by Plaintiff, Kaleab Mekuriya, against Defendants, The Travelers Indemnity Company, Indian Harbor Insurance Company, Constitution State

Services, LLC is hereby dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

    IT IS SO STIPULATED.

DATED this 7th day of June 2023

H&P LAW
/s/*Marjorie Hauf*
MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
710 S 9th Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED this 7th day of June 2023

CLYDE & CO US LLP

/s/ ___Dylan Todd___
DYLAN TODD, ESQ.
Nevada Bar No.: 10456
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128
*Attorney for Defendants Indian Harbor Insurance Company*

DATED this 7th day of June 2023

HAWKINS PARNELL

/s/ ___Eric Freeman___
ERIC O. FREEMAN, ESQ.
Nevada Bar No.: 6648
3960 Howard Hughes Parkway,
Suite 500 Las Vegas, NV 89169
*Attorney for Defendants The Travelers Indemnity Company and Constitution State Services, LLC*

**ORDER**

    Based on the foregoing stipulation between the parties and good cause shown,

    IT IS HEREBY ORDERED that the Complaint filed by Plaintiff, Kaleab Mekuriya, against Defendants, The Travelers Indemnity Company, Indian Harbor Insurance Company, Constitution State Services, LLC, in the above-captioned matter, United States District Court, Case 2:22-cv-00214-JCM-EJY, including all claims alleged therein, are hereby dismissed with prejudice as to Defendants The Travelers Indemnity Company, Indian Harbor Insurance Company, Constitution State Services, LLC. Each

STIPULATION AND ORDER FOR DISMISSAL

party to bear its own attorneys' fees and costs.

Dated June 8, 2023.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

H&P LAW
*/s/ Marjorie Hauf*
MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
710 S 9th Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

